**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HARI SINGH,
Plaintiff,

v. No. 1:26-cv-01785-MLG-SCY

TODD BLANCHE, in his official capacity as
Attorney General of the United States, et al.,
Defendants.

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation"). Doc. 9. The original complaint requests that the Court order the government to adjudicate Singh's "VAWA Petition," or Form I-360, without delay. Doc. 1 at 2, 13. In their Stipulation, the parties explain that the United States Citizenship and Immigration Services recently adjudicated Singh's Form I-360 Petition and agree that the complaint is "now moot." Doc. 9 at 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action voluntarily without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Attorneys for all parties signed the Stipulation. Doc. 9. Therefore, the requirements for voluntary dismissal are met, and the action shall be dismissed without prejudice.[1] A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

[1] Fed. R. Civ. P. 51(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.")